**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**SPRINGFIELD DIVISION – ADAMS COUNTY**

| | | |
|---|---|---|
| APRIL R. BRASHER, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | The Honorable Judge Sue E. Myerscourgh |
| v. | ) | |
| | ) | Magistrate Judge |
| QUINCY PROPERTY, LLC, ET AL. | ) | The Honorable Tom Schanzle-Haskins |
| | ) | |
| Defendants | ) | Case No. 17CV3022 |
| | ) | |

**DEFENDANT WELCOME INN HOTEL MANAGEMENT, INC.'S
MOTION TO JOIN DEFENDANT, AMERICAN MOTELS LLC'S 12(B)(2) MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION, FRCP 12(B)(3) MOTION TO
DISMISS FOR IMPROPER VENUE AND ALTERNATIVE MOTION TO TRANSFER
VENUE UNDER 28 U.S.C. 1404(A), FRCP 12(B)(6) MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM, AND ALTERNATIVE FRCP 12(E) MOTION FOR A
MORE DEFINITE STATEMENT**

NOW COMES Welcome Inn Hotel Management, Inc. (hereinafter "Welcome Inn Hotel Management"), by its attorney, Nicholas Porto, and hereby joins in defendant American Motels, LLC's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction; FRCP 12(b)(3) Motion to Dismiss for Improper Venue and Alternative Motion to Transfer Venue under 28 U.S.C. 1404(A); FRCP 12(b)(6) Motion to Dismiss for Failure to State a Claim, and Alterative FRCP 12(e) Motion for a More Definite Statement filed on September 8, 2017 **(see Docket # 98).** In support thereof, Welcome Inn Hotel Management states:

1.      Welcome Inn Hotel Management, a Missouri corporation, can assert each defense raised by American Motels, LLC. The Third Amended Complaint does not identify a single employee of Welcome Inn Hotel Management. The Plaintiffs have not pled that Welcome Inn Hotel Management has any operations in Illinois, pays any alleged employees in Illinois, or has committed a specific act in Illinois that qualifies as exercising substantial control over any persons

employed in Illinois. Put simply, there are no pled facts in the Third Amended Complaint that establish any grounds for the Court to exercise personal jurisdiction over Welcome Inn Hotel Management. The appropriate remedy relief under FRCP 12(b)(2) is the dismissal of the action for lack of personal jurisdiction.

2. Based on these pleading deficiencies, Welcome Inn Hotel Management joins in and adopts the Motions of American Motels, LLC to Dismiss for Lack of Personal Jurisdiction under FRCP 12(b)(2); the FRCP(b)(3) Motion to Dismiss for Improper Venue, and Alternative Motion to Transfer Venue under 28 U.S.C. 1404(a); and the FRCP 12(b)(6) Motion to Dismiss for Failure to State a Claim, and alternative FRCP 12(e) Motion for a More Definite Statement.

3. Welcome Inn Hotel Management also joins in and adopts the Memorandum in Support of the foregoing motions filed by American Motels, LLC (**See Docket # 99**).

WHEREFORE, Defendant, Welcome Inn Hotel Management, Inc., asks the Court to dismiss it from this action for lack of personal jurisdiction under FRCP 12(b)(2). Welcome Inn Hotel Management, Inc. also asks the Court to dismiss the action pled against it based on improper venue under FRCP 12(b)(3). In the alternative, Welcome Inn Hotel Management, Inc. requests a transfer of venue to the Western District of Missouri, Western Division, pursuant to 28 U.S.C. 1404(a). If the Court denies the jurisdictional and venue objections of Welcome Inn Hotel Management, Inc., then it asks the Court to dismiss the Third Amended Complaint for failing to state a claim under FRCP 12(b)(6). In the further alternative, Welcome Inn Hotel Management, Inc. asks the Court to require Plaintiffs to file a more definite statement of their pleading under FRCP 12(e), and that specifically identifies Welcome Inn Hotel Management, Inc. in its pleading rather than using the overly ambiguous and generalized descriptive term "Defendants," and for all

other relief that the Court finds equitable, just, or proper to award Welcome Inn Hotel Management, Inc. based on the circumstances, facts, and governing law.

        Respectfully submitted,

        */s/ Nicholas J. Porto*
        Nicholas Porto, #56938
        1600 Baltimore, Suite 200A
        Kansas City, Missouri 64108
        (816) 463-2311
        (816) 463-9567
        nporto@portolaw.com
        **ATTORNEY FOR DEFENDANT**
        **WELCOME INN**
        **HOTEL MANAGEMENT, INC.**

# CERTIFICATE OF SERVICE

      I hereby certify that on **September ___, 2017**, I electronically filed this **DEFENDANT AMERICAN MOTELS LLC'S FRCP 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, FRCP 12(B)(3) MOTION TO DISMISS FOR IMPROPER VENUE AND ALTERNATIVE MOTION TO TRANSFER VENUE UNDER 28 U.S.C. 1404(A), FRCP 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, AND FRCP 12(E) MOTION FOR A MORE DEFINITE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| John Craig Ireland<br>THE LAW OFFICE OF JOHN C. IRELAND<br>636 Spruce Street<br>South Elgin, IL  60177<br>Telephone:  630-464-9675<br>Fax:  630-206-0889<br>atty4employees@aol.com<br>*Attorneys for Plaintiffs* | Kevin W. Doherty<br>Ryan Andrew Danahey<br>Samantha Elizabeth Kaplan<br>DOHERTY & PROGAR LLC<br>200 West Adams, Suite 2220<br>Chicago, IL  60606-5231<br>Telephone:  312-630-9630<br>Fax:  312-630-9001<br>kwd@doherty-progar.com<br>rad@doherty-progar.com<br>sek@doherty-progar.com<br>*Attorneys for Defendants Quincy Properties LLC, doing business as Welcome Inn; Brett Burge; Kenneth Logan; Quentin Kearney; and Joe Wimberly* |

Tom H. Huetkemeyer
HINSHAW & CULBERTSON, LLC
222 North Lasalle Street, Suite 300
Chicago, Illinois 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
Attorneys for Defendant American Motels, LLC