IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| April R. Brashier, Richard M. Orencia, and Chad O. LeBow, individually and on behalf of all persons similarly situated as collective representatives under and/or as members of the collective as permitted under the Fair Labor Standards Act,<br><br>Plaintiffs,<br><br>v.<br><br>Quincy Property LLC, doing business as "Welcome Inn Hotel" and Welcome Inn Hotel Management, Inc., and Vandiver Motel, doing business as Welcome Inn Columbia, Welcome Inn Columbia, Jefferson Property, doing business as Extended Stay by Welcome Inn, County Line Properties I LLC., doing business as Welcome Inn American Motels LLC, doing business as Welcome Inn, B&W Investment Properties LLC, doing business as Holiday Apartments, Springfield Welcome Inn, and Brett Burge, Kenneth Logan, Quentin Kearney, and Joe Wimberly,<br><br>Defendants. | Case No. 17 CV 3022<br><br>District Court Judge: Colin S. Bruce<br><br>Magistrate Judge: Eric Long |

**PLAINTIFFS'**
**UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Now Comes Before this Honorable Court the Plaintiffs, by their attorney John C. Ireland of the Law Office of John C. Ireland, and asks this court to approve the settlement with Defendants (each and all) and the Plaintiffs, to resolve all claims against them in the above-captioned lawsuit. As the parties agree the settlement is a fair and reasonable resolution of a *bona fide* dispute between Plaintiffs and the Defendants, the Plaintiffs request that the Court enter an order approving the settlement between Plaintiffs and Defendants. Plaintiffs have shared this Memorandum with Defendants and they agree that approval of the proposed settlement is warranted.

2

**I.** Plaintiff motions this court for approval of the settlement as supported by the accompanying Memorandum of Law, and its supporting Exhibit – example Settlement Agreement and Exhibit A – term sheet**.**

**II.** Plaintiffs ask that the Magistrate Eric Long review and recommend this settlement in a written Order,

**III.** and that the District Court Judge approve and adopt this Recommendation Order.

**IV. Conclusion**

WHEREFORE, Plaintiffs Motion this Court for the following Relief:

1) That Magistrate Eric Long, Review and recommend to the District Court to approve the settlement.
2) That the District Court Approve and Adopt the Review and Recommendation of Judge Long.
3) That according to the terms of the Agreement, that this Court issues a Final Order approving this Agreement and dismissing the Litigation with prejudice.
4) For other relief that is just and right.

Respectfully submitted,

Respectfully Submitted

/s/John C. Ireland_____
Attorney for the Plaintiffs and FLSA Collective

John C. Ireland

0999097\304610293.v2

**Lead counsel for purposes of RULE 11.2 DESIGNATION OF LEAD COUNSEL ON INITIAL PLEADING**
The Law Office of John C. Ireland
636 Spruce Street
South Elgin ILL 60177
630-464-9675
Fax 630-206-0889
attorneyireland@gmail.com

Dated 10/29/19

3

0999097\304610293.v2