UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| APRIL R. BRASHIER,    Plaintiffs,  v.  QUINCY PROPERTY LLC, et al.    Defendants. | Case No. 17-3022 |

## ORDER

On October 29, 2019, Plaintiffs filed an Unopposed Motion for Approval of Settlement (#187). On November 1, 2019, Magistrate Judge Eric I. Long filed a Report and Recommendation (#188), recommending that the court grant the Motion for Approval of Settlement (#187).

The court agrees with and accepts Magistrate Judge Long's Report and Recommendation (#188). The court agrees that the Unopposed Motion for Approval of Settlement (#187) should be granted.

IT IS THEREFOR ORDERED THAT:

(1) The Report and Recommendation (#188) is accepted by this court.

(2) The Motion to Approve Settlement (#187) is GRANTED.

(3) This case is terminated.

ENTERED this 19th day of November, 2019

s/COLIN S. BRUCE
U.S. DISTRICT JUDGE